Richard POWELL; Vickie Powell,
Plaintiffs–Appellants

v.

BANK OF AMERICA, N.A., as Successor by merger to BAC Home Loans Servicing, LP; Unknown Parties, Defendants–Appellees.

No. 14–40417.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2014.

Jack B. Peacock, Jr., David M. Vereeke, Gagnon, Peacock & Vereeke, P.C., Dallas, TX, for Plaintiffs–Appellants.

David Stewart Clancy, Esq., C. Charles Townsend, Esq., Akerman, L.L.P., Dallas, TX, for Defendants–Appellees.

Before STEWART, Chief Judge, and BARKSDALE, and GRAVES, Circuit Judges.

PER CURIAM: *

Bank of America, N.A., was awarded summary judgment on Vickie and Richard Powell's breach of contract, Texas Finance Code, and negligent misrepresentation claims. The Powells claim, *inter alia*, that they showed a contract existed, in which Bank of America promised to modify their home loan in return for the Powells' dismissal of their state-court action against it. Having reviewed the briefs, the record, and the applicable law, and essentially for

the reasons stated by the district court, *Powell v. Bank of America, N.A.*, No. 4:12–CV–512, 2014 WL 229305 (E.D.Tex. 2014), the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.